# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| In Re CITIZEN'S COMPLAINT, | ) | JUDGMENT IN CASE |
| | ) | |
| | ) | 1:19-mc-22-FDW |
| | ) | |
| | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2020 Order.

February 5, 2020

Frank G. Johns, Clerk
United States District Court